DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN GASPARAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-10-496-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| STEPHEN GASPARAS, | ) | |
| | ) | Date: February 7, 2011 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, attorney for STEPHEN GASPARAS, that the status conference hearing date of January 10, 2011 be vacated, and the matter be set for status conference on February 7, 2011 at 8:30 a.m.

   The reason for this continuance is that an information is being filed charging a class B misdemeanor which would result in this case going back before a Magistrate Judge.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 7, 2011 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   January 6, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Linda C. Harter
                                             LINDA C. HARTER
                                             Designated Counsel for Service
                                             Attorney for Stephen Gasparas

DATED:   January 6, 2011.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Linda C. Harter for
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


                                  ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 10, 2011,  status conference hearing be continued to February 7, 2011, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 7, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   January 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE