```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  RACHANA N. SHAH
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2800
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-10-496 WBS
                                 )
12        Plaintiff,             )   ORDER TO DISMISS
                                 )   INFORMATION
13        v.                     )
                                 )
14  STEPHEN E. GASPARAS,         )   DATE:  February 7. 2011
                                 )   TIME:  8:30 a.m.
15        Defendant.             )   JUDGE: HON. WILLIAM B. SHUBB
    _____)
16
17       It is Hereby Ordered that the plaintiff United States of
18  America's motion to dismiss CR. NO. 2-10-496 WBS is GRANTED.  The
19  February 7, 2011 Status Conference is Vacated.
20       IT IS SO ORDERED.
21  Dated:  January 12, 2011
22                              _____
23                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```